UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL W. GAHAGAN                          CIVIL ACTION

VERSUS                                      NO. 15-6218

UNITED STATES CITIZENSHIP AND               SECTION A(3)
IMMIGRATION SERVICES, ET AL.

**ORDER AND REASONS**

The following motions are before the Court: **Fifth Motion for Summary Judgment (Rec. Doc. 99)** filed by plaintiff Michael Gahagan; **Second Motion for Summary Judgment (Rec. Doc. 98)** filed by defendants United States Citizenship and Immigration Services ("USCIS") and United States Customs and Border Protection ("CBP") (at times collectively "Defendants" or "the Government"). Both motions are opposed. The motions, scheduled for submission on November 1, 2017, are before the Court on the briefs without oral argument.

This Freedom of Information Act ("FOIA") case involves a dispute between Michael W. Gahagan, an immigration attorney, and the defendant federal agencies. Gahagan submitted two FOIA requests in his own name to Defendants seeking the production of agency records for use in representing one of his clients in pending removal proceedings. Gahagan filed FOIA requests with USCIS and CBP on July 27, 2015 and July 29, 2015, respectively, seeking specific agency records. Gahagan's allegation with respect to both agencies is that they refused to conduct a legally adequate search responsive to his FOIA requests, refused to produce all responsive agency records in their possession, and failed to produce a legally adequate *Vaughn* index. (Rec. Doc. 1, Complaint ¶¶ 21 & 25). Gahagan prayed for declaratory and injunctive relief in order to obtain the agency documents responsive to his FOIA requests as well as attorney's fees. (*Id.* ¶ 35). (Rec. Doc. 53, Court's Order and Reasons at 1-2).

Significant motion practice has ensued since this case was filed nearly two years ago in November 2015. After noting that all activity in the case had ceased for several months after the Court's last substantive ruling, the Court issued an order directing the parties to move for final relief. (Rec. Doc. 97).

In their second motion for summary judgment, Defendants argue that there are no outstanding issues in dispute in this case and that summary judgment should be granted in their favor.

In his fifth motion for summary judgment, Gahagan points to nothing to suggest that issues remain for adjudication.[1]

Based on the Court's prior orders resolving all issues in dispute, the Court is persuaded that Defendants have met their burden under the FOIA and are entitled to summary judgment.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Fifth Motion for Summary Judgment (Rec. Doc. 99)** filed by plaintiff Michael Gahagan is **DENIED**;

**IT IS FURTHER ORDERED** that the **Second Motion for Summary Judgment (Rec. Doc. 98)** filed by defendants United States Citizenship and Immigration Services and United States Customs and Border Protection is **GRANTED**. Entry of a final judgment is appropriate.

November 2, 2017

JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] In fact, Plaintiff's fifth motion for summary judgment is remarkably similar to his fourth motion for summary judgment.